**SARAH AMES BENEDICT, OSB #132675**
sarahbenedict@dwt.com
**MATT JEDRESKI (*pro hac vice*)**
mjedreski@dwt.com
**OLIVIA MUNSON, OSB #241038**
oliviamunson@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

      Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND  DIVISION

| | |
|---|---|
| BILLIE LITTLE, an individual,<br><br>            PLAINTIFF,<br><br>   v.<br><br>THOMSON REUTERS HOLDINGS INC., a Delaware corporation,<br><br>            DEFENDANT. | Case No. 3:26-cv-00735-JR<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Thomson Reuters Holdings Inc. ("TRHI") files this Corporate Disclosure Statement.  TRHI, a Delaware corporation, is an indirect and wholly owned subsidiary of Thomson Reuters Corporation, a publicly held corporation.  There are no immediate or intermediate parent corporations or subsidiaries of TRHI that are publicly held, and there are no publicly held corporations that own 10% or more of its stock.

Page 1 – DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

DATED this 23rd day of June, 2026.

DAVIS WRIGHT TREMAINE LLP


By  *s/ Matt Jedreski*
     Sarah Ames Benedict, OSB #132675
     sarahbenedict@dwt.com
     Matt Jedreski, *(pro hac vice)*
     mjedreski@dwt.com
     Olivia Munson, OSB #241038
     oliviamunson@dwt.com
     560 SW 10th Avenue, Suite 700
     Telephone: (503) 241-2300
     Facsimile: (503) 778-5299

     Attorneys for Defendant
     Thomson Reuters Holdings Inc.

DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
(503) 241-2300 main · (503) 778-5299 fax